# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLY SANCHEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>   Defendant. | Docket No: 2:16-cv-00509-SJF-AKT |

## [PROPOSED] JUDGMENT

  Defendant, GC SERVICES LIMITED PARTNERSHIP, having offered judgment against itself pursuant to FRCP 68 in the sum of $1,000.00 plus costs and attorney fees in an amount to be set by the court, and Plaintiff NELLY SANCHEZ having accepted said offer of judgment; it is hereby

  ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the principal amount of $ 1,000.00 together with costs and attorney fees in an amount to be set by the court.

               By the Court,

               _____
                 DEPUTY CLERK

DATED: _____

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530